# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BRUCE V. CAMPBELL,

    Plaintiff,

v.

Case No. 8:20-cv-02550-CEH-AAS

CAPITAL ONE FINANCIAL CORPORATION,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE BRUCE V. CAMPBELL ("Plaintiff") hereby notifies the Court that the Plaintiff and Defendant have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated on this 6th day of November 2020.

                                            */s/ Alejandro E. Figueroa*
                                            Alejandro E. Figueroa
                                            Florida Bar No. 1021163
                                            Sulaiman Law Group, Ltd.
                                            2500 South Highland Avenue, Suite 200
                                            Lombard, IL 60148
                                            (630) 575-8181
                                            alejandrof@sulaimanlaw.com
                                            *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa